IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY

        Appellant,

v.

JESSICA LONG

        Appellee.

Case No. 5D23-0193
LT Case No. 2019-CA-7458

_____/

Decision filed August 1, 2023

Appeal from Circuit Court
for Duval County,
Katie L. Dearing, Judge.

Jack R. Reiter and Jordan S. Kosches,
of GrayRobinson, P.A., Miami, for
Appellant.

Brian J. Lee, of Morgan & Morgan, P.A.,
Jacksonville, for Appellee.

PER CURIAM.

    AFFIRMED.


MAKAR, EISNAUGLE and BOATWRIGHT, JJ., concur.